DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FL TREE SERVICES LLC** d/b/a **GRASS CAT TREE & LAWN SERVICE,**
Appellant,

v.

**NICOLE ALABASTER** and **PAUL ALABASTER,**
Appellees.

No. 4D2024-1096

[November 20, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE21-21163.

Neil Bryan Tygar of Neil Bryan Tygar, P.A., Delray Beach, for appellant.

Wayne Robert Atkins of Xander Law Group, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***